**BRIAN T. DUNN, ESQ. (SBN 176502)**
Email: bdunn@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010-3856
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

Attorneys for Plaintiffs

THE
COCHRAN
FIRM
CALIFORNIA
4929 Wilshire Bl.
Suite 1010
(323)435-8205

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY JEAN TWYMAN, an individual; CHARLES TWYMAN, an individual; M.A.T., a minor, individually and as Successor in Interest to RYAN TWYMAN, deceased, by and through his Guardian Ad Litem, Davielle Johnson; R.C.T., a minor, individually and as Successor in Interest to RYAN TWYMAN, deceased, by and through his Guardian Ad Litem, Davielle Johnson; D.C.T., a minor, individually and as Successor in Interest to RYAN TWYMAN, deceased, by and through his Guardian Ad Litem, Kemaya Dancey; DAIMEON LEFFALL, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES a municipal entity, and DOES 1 through 10, inclusive, <br> Defendants. | **CASE NO.: 2:20-cv-00789 JFW (ASx)** <br><br> **NOTICE OF CONDITIONAL SETTLEMENT** |

1

1 TO THE HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT COURT
2 JUDGE,

3      Please take notice, that as of August 10, 2020, ALL PARTIES to the above
4 entitled action, including all unserved parties, have entered into a full and final
5 settlement of all claims arising out of the incident giving rise to the above-entitled
6 action.

7      This settlement is conditioned upon the approval of the County of Los Angeles'
8 Board of Claims, as well as the County of Los Angeles' Board of Supervisors.  Plaintiffs
9 request this Court maintain jurisdiction over this matter for a minimum of 180 days,
10 pending final approval by the necessary administrative entities.

11      Additionally, as this matter involves the disputed claims of three minor plaintiffs,
12 Plaintiffs request that this Court maintain jurisdiction over this matter to preside over any
13 and all proceedings concerning the disposition of the minor plaintiffs' proceeds, as
14 required by Local Rule 17-1, California Code of Civil Procedure section 372, and
15 California Rule of Court 3.1384.

16

17 DATED: August 10, 2020          Respectfully submitted,
18                                 **THE COCHRAN FIRM CALIFORNIA**
19
20                                 By: /s/ Brian T. Dunn
21                                      BRIAN T. DUNN
22                                      Attorneys for Plaintiffs
23
24
25
26
27
28

THE
COCHRAN
FIRM
CALIFORNIA
4929 Wilshire Bl.
Suite 1010
(323)435-8205

2